UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FIRST FINANCIAL INSURANCE
COMPANY

          Plaintiff(s),

v.

BUTLER CHAMBERLAIN-NEILSEN
RANCH, LTD.

          Defendant(s).

CASE NO. CV 10-2004 JL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)*   Mediation; TBD

The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: July 28, 2010

Attorney for Plaintiff   FFIC
DAVID B.A. DEMO

Dated: July ___, 2010

Attorney for Defendant   BCNR · WLB
EDWARD W. SCHMITT

Dated: July 28, 2010

Attorney for Defendant
AMCO
GRAINNE FARRABEE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FIRST FINANCIAL INSURANCE
COMPANY

CASE NO. CV 10-2004 JL

Plaintiff(s),

v.

BUTLER CHAMBERLAIN-NEILSEN
RANCH, LTD.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* Mediation; TBD

The parties agree to hold the ADR session by:
✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: July 28, 2010

Attorney for Plaintiff FFIC
DAVID B. A. DEMO

Dated: July ___, 2010

Attorney for Defendant BCNR.WLB
EDWARD W. SCHMITT

Dated: July ___, 2010

Attorney for Defendant AMCO
GRAINNE FARRAREE

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  —Private ADR

Deadline for ADR session
  90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: July 30, 2010

_____
UNITED STATES MAGISTRATE JUDGE