UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST FINANCIAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BUTLER CHAMBERLAIN-NEILSEN RANCH LTD., et al.,<br><br>    Defendants. | Case No:  C 10-02004 SBA<br><br>**ORDER ON STIPULATION** |

   Good cause appearing,

   IT IS HEREBY ORDERED THAT the parties' stipulation is approved.  Defendants Butler Chamberlain-Neilsen Ranch, Ltd., and W.L. Butler, Inc., shall have until December 24, 2010 to file their Answer.

   IT IS SO ORDERED.

Dated:  December 6, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge