UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST FINANCIAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>BUTLER CHAMBERLAIN-NEILSEN RANCH LTD., et al.,<br><br>            Defendants. | Case No:  C 10-02004 SBA<br><br>**ORDER ON STIPULATION**<br><br>Docket 52 |

Good cause appearing,

IT IS HEREBY ORDERED THAT the parties' stipulation is approved.  Defendant W.L. Butler, Inc., shall have until January 11, 2011, to file their Answer.  In addition, further disclosures or production of documents shall take by that date.

IT IS SO ORDERED.

Dated:  December 27, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge